IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE LITIGATION<br>_____/<br><br>This Order Relates To:<br><br>*Cnty. of Genesee et al. v. McKinsey & Co.*, Case No. 21-cv-04386-CRB<br><br>*Cnty. of Westchester et al. v. McKinsey & Co.*, Case No. 21-cv-05467-CRB | MDL No. 3084 CRB<br><br>**ORDER TERMINATING MOTIONS FOR SUGGESTION OF REMAND**<br><br>Re: Dkt. Nos. 680, 681 |

Plaintiffs in the above-captioned actions have filed motions seeking suggestions of remand to the Eastern District of New York. However, motion practice in this MDL is still governed by Pretrial Order No. 7 (dkt. 293), which provides in part that:

> All parties shall have an ongoing obligation to meet and confer with Plaintiffs' Lead Counsel, McKinsey's Counsel, and any other party to whom a motion may be directed on any application or motion in an effort to resolve outstanding issues before bringing them to the Court. The moving party shall have an obligation to certify in the moving papers that such meet and confer took place and identify which party or parties oppose the application or motion. No party may bring an application or motion except in accordance with the provisions of this section, unless otherwise ordered by the Court or agreed to by Plaintiffs' Lead Counsel and McKinsey's Counsel.

Id. ¶ 17; see also id. § VI. The County of Genesee and County of Westchester plaintiffs do not certify in their moving papers that they met and conferred with McKinsey before filing the remand motions. McKinsey's filing in response to the motion states that no meet and confer occurred. See Def.'s Request for Clarification (dkt. 684).

Accordingly, the Court is terminating the remand motions and vacating the March 29 hearing. The County of Genesee and County of Westchester plaintiffs may renew their motions after following the procedures set forth in Pretrial Order No. 7.

**IT IS SO ORDERED.**

Dated: February 14, 2024

CHARLES R. BREYER
United States District Judge